UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
RUCHELL CINQUE MAGEE,          ) 1:10-cv—00830-AWI-SKO-HC
                               )
            Petitioner,        ) ORDER GRANTING PETITIONER'S
                               ) MOTION TO PROCEED IN FORMA
                               ) PAUPERIS ON APPEAL (DOC. 15)
    v.                         )
                               ) ORDER DIRECTING THE CLERK TO
K. CLARK,                      ) SERVE THIS ORDER ON THE COURT OF
                               ) APPEALS FOR THE NINTH CIRCUIT
            Respondent.        )
                               )
_____ )
```

Petitioner is a state prisoner who proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed, and judgment was entered on September 2, 2010.

On September 20, 2010, Petitioner filed a notice of appeal. Subsequently Petitioner filed an application to proceed in forma pauperis, which the Court understands to refer to the appellate proceeding.

A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies

that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal.

Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, Petitioner's motion for to proceed in forma pauperis is GRANTED.

The Clerk of the Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated: September 24, 2010**   /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE