UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUCHELL CINQUE MAGEE, | ) | 1:10-cv—00830-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S MOTION |
| | ) | (DOC. 13) |
| | ) | |
| v. | ) | |
| | ) | |
| K. CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner who proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed, and judgment was entered on September 2, 2010.

On September 10, 2010, Petitioner filed a motion entitled "MOTION FOR CLEARANCE, In The alternative, Direct Appeal," which the Court understands to be a motion for a certificate of appealability.

The Court previously considered whether or not to issue a certificate of appealability, and it declined to issue a certificate in its order of dismissal filed on September 2, 2010.

1

Further, Petitioner filed a notice of appeal on September 20, 2010.

Accordingly, Petitioner's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   September 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE